STATE, Respondent, v. KOIS, Appellant.

*Nos. State 69, 70. (August Term, 1970), filed September 28, 1972.*
(Also reported in 200 N. W. 2d 615.)

PER CURIAM. The Supreme Court of the United States has reversed the judgment of this court of June 29, 1971, which affirmed the trial court, and has remanded the cause for further consideration not inconsistent with its opinion. Pursuant to the opinion of the Supreme Court of the United States, this court reverses the judgment of the circuit court in the above matter.